Eric F. Fagan (SBN 87071)
Law Offices of Eric F. Fagan
2300 Boswell Rd. Ste 211
Chula Vista, CA  91914
Phone 619-656-6656 / Fax 775-898-5471
efagan@efaganlaw.com
Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MACALPINE,              ) | Civil Case No.:  CV-07-2904-ODW JWJx |
| Plaintiff | |
| v. | [~~PROPOSED~~] ORDER GRANTING JOINT APPLICATION AND STIPULATION OF DISMISSAL |
| CAVALRY PORTFOLIO SERVICES, LLC, a corporation, et al. | |
| Defendants | |

### ~~PROPOSED~~ ORDER

Good cause having been shown, it is hereby ordered that the entire action be dismissed with prejudice.

DATE:  March 20, 2008          BY: _____
                                          UNITED STATES DISTRICT COURT JUDGE

1

[PROPOSED] ORDER GRANTING JOINT APPLICATION AND STIPULATION OF DISMISSAL